This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-40239

**EDWARD DEHERRERA,**

Plaintiff-Appellee,

v.

**GABRIELLA LYNN,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Elaine P. Lujan, District Court Judge**

Attorney at Law, L.L.C.
Charles T. Etsy
Albuquerque, NM

for Appellee

Gabriella Lynn
Albuquerque, NM

Pro Se Appellant

### MEMORANDUM OPINION

**IVES, Judge.**

**{1}** Defendant (Buyer) appealed from the district court's final judgment, entered against Buyer. This Court issued a calendar notice proposing to affirm the judgment of the district court on March 17, 2023. On April 6, 2023, Plaintiff (Seller) filed a memorandum in support of this Court's notice of proposed disposition. To this date, Buyer has not filed a memorandum in opposition to this Court's notice of proposed disposition, and the time for doing so has now run. Accordingly, we rely on the reasoning set out in this Court's notice of proposed disposition, and we affirm.

**{2}** IT IS SO ORDERED.

**ZACHARY A. IVES, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**JACQUELINE R. MEDINA, Judge**